# Exhibit "A"

| CARD # | CARDHOLDER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 42025 | ROSENTHAL | 8/16/2019 | 24.28 | RICHBORO CAR WASH |
| 41001-41019 | Otterbein | 8/23/2019 | 5,560.00 | THE OILGEAR CO TRAVERSE CITY - COMEMRCIAL EQUIPMENT |
| 41001-41019 | Otterbein | 8/23/2019 | 293.56 | OPTICS PLANET INC NORTHBOOK -PERSONAL PROTECTION APPAREL |
| 41001-41019 | Otterbein | 8/29/2019 | 56.00 | OPTICS PLANET INC NORTHBOOK -PERSONAL PROTECTION APPAREL |
| 42025 | ROSENTHAL | 8/30/2019 | 181.25 | OPTICS PLANET INC NORTHBOOK -PERSONAL PROTECTION APPAREL |
| 42025 | ROSENTHAL | 9/4/2019 | 206.84 | OPTICS PLANET INC NORTHBOOK -PERSONAL PROTECTION APPAREL |
| 42025 | ROSENTHAL | 9/9/2019 | 10.00 | GOFUNDME REDWOOD - DONATION |
| 42025 | ROSENTHAL | 9/10/2019 | 2,500.00 | HURRICANE RELIEF SICKLERVILLE - DONATION |
| 42025 | ROSENTHAL | 9/15/2019 | 1,545.00 | APPLE ON-LINE STORE |
| 42025 | ROSENTHAL | 9/17/2019 | 1,303.12 | MARINA BEACH MARRIOT MARINA DEL REY CA |
| 42025 | ROSENTHAL | 9/24/2019 | 1,545.00 | APPLE ON-LINE STORE |
| 42025 | ROSENTHAL | 10/3/2019 | 3,351.22 | APPLE ON-LINE STORE |
| 42025 | ROSENTHAL | 10/8/2019 | 26.65 | RICHBORO CAR WASH |
| 41001-41019 | Otterbein | 10/9/2019 | 600.00 | SHIRLEY A BROWN FOUN UPPER DARBY - DONATION |
| 42025 | ROSENTHAL | 10/11/2019 | 317.21 | ZERO HALLIBURTON EDISON - DONATION |
| 42025 | ROSENTHAL | 10/12/2019 | 3,493.30 | 4400 PPL PARK F&B CHESTER - FAST FOOD RESTAURANT |
| 41001-41019 | Otterbein | 10/18/2019 | 5,784.67 | AIRTECH INC - RUTHERFORD - COMMERCIAL EQUIPMENT SUPPLIES |
| 5-61177 | ROSENTHAL | 10/19/2019 | 958.56 | GOOGLE STORE |
| 42025 | ROSENTHAL | 10/26/2019 | 1,650.55 | APPLE ON-LINE STORE |
| 42025 | ROSENTHAL | 10/26/2019 | 5,026.70 | UNITED AIRLINES - PLANE TICKET - NEWARK TO HONG KONG |
| 42025 | ROSENTHAL | 10/26/2019 | 5,026.70 | UNITED AIRLINES - PLANE TICKET - NEWARK TO HONG KONG |
| 42025 | ROSENTHAL | 10/26/2019 | 5,861.05 | UNITED AIRLINES - PLANE TICKET -HOUSTON TO HONG KONG |
| 42025 | ROSENTHAL | 10/26/2019 | 5,861.05 | UNITED AIRLINES - PLANE TICKET -HOUSTON TO HONG KONG |
| 42025 | ROSENTHAL | 10/28/2019 | 30.99 | UNITED AIRLINES - WIFI - NEWARK TO HONG KONG |
| 42025 | ROSENTHAL | 10/29/2019 | 118.42 | WYNN PALACE MACAU -RESTAURANT |
| 42025 | ROSENTHAL | 10/29/2019 | 240.74 | GRAND LISBOA HOTEL MACAU - RESTAURANT |
| 42025 | ROSENTHAL | 10/29/2019 | 1,748.36 | GETAROOM.COM - ACCOMODATION IN MACAU |
| 42025 | ROSENTHAL | 10/30/2019 | 28.99 | WIFI - NEWARK TO HONG KONG |
| 42025 | ROSENTHAL | 10/30/2019 | 552.24 | ACCOMODATION - WYNN PALACE MOTEL MACAU |
| 42025 | ROSENTHAL | 10/30/2019 | 22.75 | GORDON RAMSEY PLANE - HONG KONG -RESTAURANT |
| 42025 | ROSENTHAL | 10/30/2019 | 775.00 | BLACKLANE - LIMO SERVICE USED IN MACAU |
| 42025 | ROSENTHAL | 10/30/2019 | 4,423.85 | CHOPARD, MACAU - JEWELRY/WATCH |
| 41001-41019 | Otterbein | 11/6/2019 | 4,658.56 | TOOLFETCH ELSFORD - INDUSTRIAL EQUIPMENT SUPPLIER |
| 41001-41019 | Otterbein | 11/7/2019 | 2,160.00 | FIRST CLASS LUXURY LIMOS WILLINGBC - LIMO SERVICE |
| 41001-41019 | Otterbein | 11/9/2019 | 18.01 | RICHBORO CAR WASH |
| 41001-41019 | Otterbein | 11/14/2019 | 4,272.80 | ATLAS COPCO COMPRESS ROCK HILL - COMMERCIAL EQUIPMENT |
| 42025 | ROSENTHAL | 11/14/2019 | 1,580.26 | AIRBNB SAN FRANCISCO - ACCOMODATION |
| 42025 | ROSENTHAL | 11/17/2019 | 175.49 | FUNERALTECH - KINGSTON - FUNERAL-RELATED SOFTWARE |
| 42025 | ROSENTHAL | 11/21/2019 | 6,810.09 | PAYPAL MARCOISLAND RENTAL PROPERTY |
| 41001-41019 | Otterbein | 11/27/2019 | 51.70 | OPENTIP.COM - NEEDHAM - FUNDRAISING PLATFORM |
| 42025 | ROSENTHAL | 12/7/2019 | 4,530.00 | RETAIL STORE - LUXURY/DESIGNER CLOTHING |
| 42025 | ROSENTHAL | 12/15/2019 | 3,051.52 | GIBSON.COM NASHVILLE - GUITAR |
| 42025 | ROSENTHAL | 1/8/2020 | 3,045.00 | INDUSTRIAL EQUIPMENT SUPPLIER |
| 42025 | ROSENTHAL | 1/8/2020 | 33.98 | UNITED AIRLINES - HOUSTON - SERVICE FEE FOR FLIGHT TO CANCUN, MX |
| 41019 | OTTERBEIN | 1/9/2020 | 1,664.83 | NEW PIG DOMESTIC TIP TIPTON PA |
| 42025 | ROSENTHAL | 1/10/2020 | 1,248.23 | SLS BEVERLY HILLS SL LOS ANGELES CA |
| 42025 | ROSENTHAL | 1/11/2020 | 8,635.56 | APPLE.COM/US COMPUTER/SOFTWARE |
| 41001-41019 | Otterbein | 1/13/2020 | 3,184.07 | RICCA CHEMICAL PANTEGO - BUSINESS SERVICES |
| 42025 | ROSENTHAL | 1/13/2020 | 5,330.18 | APPLE.Com - COMPUTER/SOFTWARE |
| 42025 | ROSENTHAL | 1/14/2020 | 1,565.00 | UNITED AIRLINES TO/FROM LOS ANGELES |
| 42025 | ROSENTHAL | 1/14/2020 | 1,565.00 | UNITED AIRLINES TO/FROM LOS ANGELES |
| 42025 | ROSENTHAL | 1/14/2020 | 1,261.80 | UNITED AIRLINES TO/FROM LAS VEGAS |
| 42025 | ROSENTHAL | 1/14/2020 | 638.40 | DELTA AIRLINES TO LAS VEGAS |
| 42025 | ROSENTHAL | 1/14/2020 | 638.40 | DELTA AIRLINES TO LAS VEGAS |
| 42025 | ROSENTHAL | 1/14/2020 | 5,223.56 | APPLE.COM/US - COMPUTER/SOFTWARE |
| 41019 | OTTERBEIN | 1/15/2020 | 1,822.50 | RADWELL INTERNATIONAL WILLINGBORO |
| 42025 | ROSENTHAL | 1/15/2020 | 716.01 | JOHNSTON MURPHY NASHVILLE - SHOES |
| 42025 | ROSENTHAL | 1/15/2020 | 173.89 | JOHNSTON MURPHY NASHVILLE - SHOES |
| 42025 | ROSENTHAL | 1/21/2020 | 2,568.40 | SLS BEVERLY HILLS SL LOS ANGELES CA |
| 42025 | ROSENTHAL | 1/21/2020 | 570.92 | ARIA-CATCH LV LAS VEGAS |
| 42025 | ROSENTHAL | 1/22/2020 | 452.30 | BELLAGIO - JASMINE - LAS VEGAS |
| 42025 | ROSENTHAL | 1/22/2020 | 445.00 | RAG N BONE US RAG NEW YORK - CLOTHING |
| 42025 | ROSENTHAL | 1/23/2020 | 962.21 | BELLAGIO LAS VEGAS |
| 42025 | ROSENTHAL | 1/23/2020 | 522.30 | BELLAGIO LAS VEGAS |
| 42025 | ROSENTHAL | 1/23/2020 | 75.86 | BELLAGIO LAS VEGAS |
| 42025 | ROSENTHAL | 1/23/2020 | 5,330.18 | APPLE.COM/US |
| 41019 | OTTERBEIN | 1/28/2020 | 1,175.00 | SOUTHEAST MIAMI |
| 42025 | ROSENTHAL | 2/6/2020 | 2,066.38 | SLS BEVERLY HILLS SL LOS ANGELES CA |
| 42025 | ROSENTHAL | 2/11/2020 | 376.29 | REVERSATIONS HERSHEY |
| 41001-41019 | Otterbein | 2/12/2020 | 3,494.40 | AIRLINE HYDRAULICS BENSALEM PA - HYDRAULICS DISTRIBUTOR |
| 41001-41019 | Otterbein | 2/28/2020 | 5,000.00 | WASTE MANAGEMENT HOUSTON - UTILITIES |
| 41001-41019 | Otterbein | 2/28/2020 | 5,047.70 | SRI QUALITY SYSTEM SEVEN FIELDS - BUSINESS SERVICES |
| 42025 | ROSENTHAL | 3/2/2020 | 301.90 | AMAZON BOOKSTORE |



**EXHIBIT A**

| Account | Name | Date | Amount | Description |
|---|---|---|---|---|
| 41001-41019 | Otterbein | 3/13/2020 | 9,939.19 | SJ WELDING SUPPLY MAPLE SHADE - CONSTRUCTION |
| 41001-41019 | Otterbein | 3/13/2020 | 5,005.00 | WASTE MANAGEMENT HOUSTON - UTILITIES |
| 41001-41019 | Otterbein | 3/13/2020 | 3,495.00 | EVOQUA WATER TECH - WASTER/WASTE SOLUTIONS |
| 42025 | ROSENTHAL | 3/17/2020 | 318.81 | APPLE.COM/US |
| 41001-41019 | Otterbein | 3/18/2020 | 4,494.17 | BRENNTAG NORTHEAST - CHEMICALS |
| 42025 | ROSENTHAL | 3/26/2020 | 1,895.80 | APPLE.COM/US |
| 42025 | ROSENTHAL | 4/1/2020 | 334.77 | HANES.COM NC - APPAREL |
| 42025 | ROSENTHAL | 4/1/2020 | 264.42 | OPTICS PLANET INC NORTHBOOK -PERSONAL PROTECTION APPAREL |
| 42025 | ROSENTHAL | 4/1/2020 | 385.00 | LOS ANGELES APPAREL - APPAREL |
| 42025 | ROSENTHAL | 4/14/2020 | 600.00 | BODY CRAFTERS PHILADELPHIA - HEALTH SPAS |
| 41001-41019 | Otterbein | 4/15/2020 | 3,625.00 | A A MACHINERY MOVING MORRISVILLE - MISC SERVICES |
| 41001-41019 | Otterbein | 4/15/2020 | 47,669.09 | SMITH AMUNDSEN CHICAGO - LEGAL SERVICES |
| 41001-41019 | Otterbein | 4/16/2020 | 1,205.33 | CUSTOM INK ONLINE Sto FAIRFAX - CUSTOM APPAREL |
| 41001-41019 | Otterbein | 4/16/2020 | 6,822.67 | NORRIS MCLAUGHLIN P BRIDGEWATER - LEGAL SERVICES |
| 41001-41019 | Otterbein | 4/17/2020 | 4,466.52 | TUSTIN MECHANICAL SV QUAKERTOWN - BUILDING SERVICES |
| 41001-41019 | Otterbein | 4/18/2020 | 9,303.75 | REPSG PHILADELPHIA - NON-COMMERCIAL RESEARCH |
| 41001-41019 | Otterbein | 4/20/2020 | 3,319.20 | DEL VEL CHEM MEDFORD - JANITORIAL CLEANING |
| 42025 | ROSENTHAL | 4/21/2020 | 10,000.00 | HOFSTEINWEINER&MEYER PHILADELPHIA - LEGAL SERVICES |
| 42025 | ROSENTHAL | 4/21/2020 | 1,000.00 | LEGAL SERVICES |
| 42025 | ROSENTHAL | 4/22/2020 | 10,000.00 | HOFSTEINWEINER&MEYER PHILADELPHIA - LEGAL SERVICES |
| 42025 | ROSENTHAL | 4/22/2020 | 1,000.00 | LEGAL SERVICES |
| 42025 | ROSENTHAL | 4/23/2020 | 372.12 | APPLE.COM/US |
| 41001-41019 | Otterbein | 4/25/2020 | 16,559.30 | PROPAY - BANK TRANSFER |
| 41001-41019 | Otterbein | 5/1/2020 | 3,109.68 | UNITED PACKAGING SUP BRISTOL - GREEN POLY/STEEL STRAPPING |
| 41001-41019 | Otterbein | 5/9/2020 | 14,396.00 | MANNCORP HUNTINGDON VA - COMMERCIAL EQUIPMENT |
| 41001-41019 | Otterbein | 5/11/2020 | 4,000.00 | TUFF TEMP CORP QUAKERTOWN - HIGH TEMPERATURE RESISTANT PRODUCTS |
| 42025 | ROSENTHAL | 5/12/2020 | 9.59 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 42025 | Otterbein | 5/13/2020 | 3,070.80 | TUSTIN MECHANICAL SV QUAKERTOWN - BUILDING SERVICES |
| 42025 | ROSENTHAL | 5/13/2020 | 15.98 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 42025 | ROSENTHAL | 5/13/2020 | 15.98 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 42025 | ROSENTHAL | 5/14/2020 | 37.00 | HUBS AND HERS BOYNTON BEACH - APPAREL |
| 41001-41019 | Otterbein | 5/16/2020 | 3,119.31 | 3D BOLT COMPANY 150 PENNSAUKEN - HARDWARE STORE |
| 42025 | ROSENTHAL | 5/17/2020 | 905.25 | APPLE.COM/US |
| 42025 | ROSENTHAL | 5/17/2020 | 5.32 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 42025 | ROSENTHAL | 5/17/2020 | 144.40 | PAYPAL/TOPS GEEK - GIFT SHOP |
| 41001-41019 | Otterbein | 5/19/2020 | 4,429.08 | PRINTED SOLID NEWARK - 3D PRINTER |
| 41001-41019 | Otterbein | 5/20/2020 | 3,495.00 | EVOQUA WATER TECH - WASTER/WASTE SOLUTIONS |
| 42025 | ROSENTHAL | 5/20/2020 | 17.27 | PAYPAL/NETFLIX - NETFIX SUBSCRIPTION |
| 42025 | ROSENTHAL | 5/21/2020 | 9,510.29 | PAYPAL/SWATCH GROUP - JEWELRY |
| 42025 | Otterbein | 5/22/2020 | 250.00 | ROYAL CARRIBEAN - ROBERT OTT; CRUISE LINE |
| 42025 | Otterbein | 5/22/2020 | 250.00 | ROYAL CARRIBEAN - ROBERT OTT; CRUISE LINE |
| 42025 | Otterbein | 5/27/2020 | 5,000.00 | MFG COM INC GA - MANUFACTURING PRODUCTS |
| 42025 | ROSENTHAL | 5/27/2020 | 4,411.40 | RVSHARE COPLEY - RV RENTALS |
| 41001-41019 | Otterbein | 5/29/2020 | 3,495.00 | EVOQUA WATER TECH - WASTER/WASTE SOLUTIONS |
| 41001-41019 | Otterbein | 5/30/2020 | 4,451.56 | COVENTYA INC - CHEMICALS/ALLIED PRODUCTS |
| 41001-41019 | Otterbein | 6/3/2020 | 3,070.80 | TUSTIN MECHANICAL SV QUAKERTOWN - BUILDING SERVICES |
| 41001-41019 | Otterbein | 6/5/2020 | 3,000.00 | WILLIER ELECTRIC MTR GIBBSBORO - ELECTRICAL PARTS/EQUIPMENT |
| 41001-41019 | Otterbein | 6/6/2020 | 4,804.69 | ZORO TOOLS INC - EQUIPMENT/SUPPLIES |
| 42025 | ROSENTHAL | 6/11/2020 | 85.89 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 41001-41019 | Otterbein | 6/25/2020 | 3,934.49 | BRENNTAG NORTHEAST - CHEMICALS |
| 42025 | ROSENTHAL | 7/1/2020 | 3,050.00 | KATZ JEWISH COMMUNITY CHERRY HILL |
| 41001-41019 | Otterbein | 7/1/2020 | 5,642.34 | COVENTYA INC - CHEMICALS/ALLLIED PRODUCTS |
| 42025 | ROSENTHAL | 7/6/2020 | 49.98 | ZOOMALL - MEN'S/WOMEN'S CLOTHING |
| 41001-41019 | Otterbein | 7/7/2020 | 3,070.80 | TUSTIN MECHANICAL SV QUAKERTOWN - BUILDING SERVICES |
| 42025 | ROSENTHAL | 7/10/2020 | 26.95 | PAYPAL/STEAM GAMES - DIGITAL GAMES |
| 41001-41019 | Otterbein | 7/17/2020 | 5,893.29 | CLEAN VENTURE INC AVENEL - WASTE MANAGEMENT |
| 42025 | ROSENTHAL | 7/20/2020 | 17.05 | PAYPAL/NETFLIX - NETFIX SUBSCRIPTION |
| 41001-41019 | Otterbein | 7/22/2020 | 3,668.00 | CDW DIRECT VERNON HILLS - IT PRODUCTS |
| 42025 | ROSENTHAL | 7/27/2020 | 15.85 | AUDIBLE - AUDIO BOOKS |
| 41001-41019 | Otterbein | 7/30/2020 | 6,387.29 | COVENTYA INC - CHEMICALS/ALLIED PRODUCTS |
| 41001-41019 | Otterbein | 8/12/2020 | 3,617.49 | BRENNTAG NORTHEAST - CHEMICALS |
| 41001-41019 | Otterbein | 8/20/2020 | 3,341.50 | HOFSTEINWEINER&MEYER PHILADELPHIA - LEGAL SERVICES |
| 42025 | ROSENTHAL | 9/3/2020 | 15.94 | AUDIO BOOK |
| 42025 | ROSENTHAL | 9/4/2020 | 100.00 | PAYPAL/CHALLENGED - DONATION |
| 42025 | ROSENTHAL | 9/5/2020 | 396.23 | PAYPAL/OPTIC PLANET - CAMPING AND OUTDOOR |
| 42025 | ROSENTHAL | 9/12/2020 | 31.98 | PAYPLE/STEAM GAMES - DIGITAL GAMES |
| 42025 | ROSENTHAL | 9/12/2020 | 41.58 | IFIT.COM - ONLINE WORKOUT MEMBERSHIP |
| 42025 | ROSENTHAL | 9/16/2020 | 3,671.37 | THE TIRE RACK - TIRES |
| 42025 | ROSENTHAL | 9/19/2020 | 1,442.75 | AA AIRLINES TO MIAMI/ST LUCIA |
| 42025 | ROSENTHAL | 9/19/2020 | 1,442.00 | AA AIRLINES TO MIAMI/ST LUCIA |
| 42025 | ROSENTHAL | 9/20/2020 | 17.05 | PAYPAL/NETFLIX - NETFIX SUBSCRIPTION |
| 42025 | ROSENTHAL | 9/22/2020 | 28.47 | SIRIUS XM RADIO - RADIO SERVICE |
| 42025 | ROSENTHAL | 9/22/2020 | 500.00 | SIMEONE MUSEUM PHILADELPHIA - AMUSEMENT AND RECREATION |
| 42025 | ROSENTHAL | 9/25/2020 | 237.06 | INNO - SPORTS SUPLEMENTS |



**EXHIBIT A**

| Account | Name | Date | Amount | Description |
|---|---|---|---|---|
| 42025 | ROSENTHAL | 9/25/2020 | 50.00 | PAYPAL/CHAMPCAR - SPORTS/RECREATION |
| 41001-41019 | Otterbein | 9/29/2020 | 4,081.61 | GRAYBAR ELECTRIC ST. LOUIS - SUPPLY CHAIN/DISTRIBUTION SERVICES |
| 42025 | ROSENTHAL | 10/7/2020 | 15.94 | AUDIBLE - AUDIO BOOKS |
| 42025 | ROSENTHAL | 10/10/2020 | 106.93 | RESTORATION HARDWARE - FURNITURE/HOME |
| 42025 | ROSENTHAL | 10/12/2020 | 831.00 | KATZ JEWISH COMMUNITY CHERRY HILL |
| 42025 | ROSENTHAL | 10/12/2020 | 3,406.67 | RESTORATION HARDWARE -FURNITURE/HOME |
| 42025 | ROSENTHAL | 10/12/2020 | 41.58 | IFIT.COM - ONLINE WORKOUT MEMBERSHIP |
| 42025 | ROSENTHAL | 10/13/2020 | 4,758.00 | HOFSTEINWEINER&MEYER PHILADELPHIA - LEGAL SERVICES |
| 42025 | ROSENTHAL | 10/15/2020 | 6,115.00 | CALIFORNIA CLOSETS S CRANBURY NJ |
| 41001-41019 | Otterbein | 10/15/2020 | 3,465.31 | YARD TRUCK SPECIALIS BENSALEM - CONSTRUCTION MATERIALS |
| 42025 | ROSENTHAL | 10/18/2020 | 154.85 | VIRGINIA INTL RACEWAY ALTON - RACETRACK |
| 41001-41019 | Otterbein | 10/20/2020 | 4,892.86 | COVENTYA INC -CHEMICALS/ALLIED PRODUCTS |
| 41001-41019 | Otterbein | 10/20/2020 | 5,413.05 | WASTE MANAGEMENT HOUSTON - UTILITIES |
| 42025 | ROSENTHAL | 10/20/2020 | 17.05 | PAYPAL - NETFLIX SUBSCRIPTION |
| 42025 | Otterbein | 10/22/2020 | 3,465.31 | YARD TRUCK SPECIALIS BENSALEM - CONSTRUCTION MATERIALS |
| 42025 | ROSENTHAL | 10/22/2020 | 21.33 | PAYPAL/WATCH GANG - JEWELRY |
| 42025 | ROSENTHAL | 10/22/2020 | 319.86 | PAYPAL/WATCH GANG - JEWELRY |
| 42025 | ROSENTHAL | 10/22/2020 | 303.88 | PAYPAL/WATCH GANG - JEWELRY |
| 42025 | ROSENTHAL | 10/23/2020 | 127.35 | WATKINS GLEN INTL - RACE TRACK |
| 42025 | ROSENTHAL | 10/24/2020 | 63.81 | WATKINS GLEN INTL - RACE TRACK |
| 42025 | ROSENTHAL | 10/24/2020 | 136.92 | WATKINS GLEN INTL - RACE TRACK |
| 42025 | ROSENTHAL | 10/25/2020 | 84.74 | WATKINS GLEN INTL - RACE TRACK |
| 42025 | ROSENTHAL | 10/25/2020 | 91.63 | WATKINS GLEN INTL - RACE TRACK |
| 42025 | ROSENTHAL | 10/30/2020 | 124.74 | THE CLASSIC CASK BOCA RATON - WHISKY |
| 42025 | ROSENTHAL | 10/31/2020 | 100.00 | FBPAY/ALZHEIMER'S - DONATION |
| 42025 | ROSENTHAL | 11/1/2020 | 2,768.80 | EXPEDIA.COM TRAVEL |
| 42025 | ROSENTHAL | 11/1/2020 | 100.00 | DONATION |
| 42025 | ROSENTHAL | 11/2/2020 | 935.05 | AMERICAN AIRLINES TO CANCUN |
| 42025 | ROSENTHAL | 11/2/2020 | 1,001.00 | KATZ JEWISH COMMUNITY CENTER |
| 42025 | ROSENTHAL | 11/3/2020 | 15.94 | AUDIO BOOK |
| 41001-41019 | Otterbein | 11/4/2020 | 7,472.28 | CHEMICALS/ALLIED PRODUCTS |
| 42025 | ROSENTHAL | 11/6/2020 | 86.39 | VIDEO GAMES |
| 42025 | ROSENTHAL | 11/6/2020 | 107.99 | VIDEO GAMES |
| 42025 | ROSENTHAL | 11/6/2020 | 53.99 | VIDEO GAMES |
| 41001-41019 | Otterbein | 11/10/2020 | 17,875.00 | CONTACTS |
| 42025 | ROSENTHAL | 11/10/2020 | 175.00 | HOME/EXERCISE EQUIPMENT - NORDICKTRACK.COM |
| 42025 | ROSENTHAL | 11/11/2020 | 2,909.61 | HOME/EXERCISE EQUIPMENT - NORDICKTRACK.COM |
| 42025 | ROSENTHAL | 11/11/2020 | 500.25 | HOME/EXERCISE EQUIPMENT - NORDICKTRACK.COM |
| 42025 | ROSENTHAL | 11/11/2020 | 63.98 | RESTORATION HARDWARE - FURNITURE/HOME |
| 42025 | ROSENTHAL | 11/12/2020 | 410.51 | JEWELRY PAYPAL WATCH GANG FASHION JEWELRY |
| 42025 | ROSENTHAL | 11/12/2020 | 41.58 | IFIT.COM - ONLINE WORKOUT MEMBERSHIP |
| 42025 | ROSENTHAL | 11/12/2020 | 2,625.00 | FIVERR.COM - MISC. SERVICES |
| 42025 | ROSENTHAL | 11/12/2020 | 13,196.26 | ACCOMODATION PAYPAL MARCO ISLAND RENTAL PROPERTY |
| 42025 | ROSENTHAL | 11/13/2020 | 5,105.65 | SMITH AMUNDSEN CHICAGO - LEGAL SERVICES |
| 41001-41019 | Otterbein | 11/14/2020 | 3,465.31 | YARD TRUCK SPECIALIS BENSALEM - CONSTRUCTION MATERIALS |
| 42025 | ROSENTHAL | 11/14/2020 | 54.00 | BARRE3.COM PORTLAND - EXERCISE CLASS |
| 42025 | ROSENTHAL | 11/14/2020 | 151.04 | PAYPAL/IRIS CO - ACCESSORIES |
| 42025 | ROSENTHAL | 11/15/2020 | 1,050.00 | PAYPAL/FIVERR.COM - MISC. SERVICES |
| 42025 | ROSENTHAL | 11/16/2020 | 1,795.57 | RESTORATION HARDWARE - FURNITURE/HOME |
| 42025 | ROSENTHAL | 11/16/2020 | 4,082.67 | RESTORATION HARDWARE - FURNITURE/HOME - RESTORATION HARDWARE CORTE |
| 42025 | ROSENTHAL | 11/17/2020 | 525.00 | FIVERR.COM - MISC. SERVICES |
| 42025 | ROSENTHAL | 11/18/2020 | 53.31 | NORDICTRACK.COM - HOME/EXERCISE EQUIPMENT |
| 42025 | ROSENTHAL | 11/18/2020 | 50.00 | FBPAY/AMERICANCANC - DONATION |
| 42025 | ROSENTHAL | 11/20/2020 | 5,380.00 | SMITH AMUNDSEN CHICAGO - LEGAL SERVICES |
| 42025 | ROSENTHAL | 11/20/2020 | 17.05 | PAYPAL/NETFLIX - NETFIX SUBSCRIPTION |
| 42025 | ROSENTHAL | 11/20/2020 | 423.00 | UNION LEAGUE - SOCIAL CLUB |
| 41001-41019 | Otterbein | 11/21/2020 | 3,465.31 | YARD TRUCK SPECIALIS BENSALEM - CONSTRUCTION MATERIALS |
| 42025 | ROSENTHAL | 11/22/2020 | 28.47 | SIRIUS XM RADIO - RADIO SERVICE |
| 42025 | ROSENTHAL | 11/22/2020 | 1,050.00 | FIVERR.COM - MISC. SERVICES |
| 42025 | ROSENTHAL | 11/23/2020 | 878.26 | LIQUE MIAMI |
| 42025 | ROSENTHAL | 11/24/2020 | 1,045.05 | HERTZ RENTAL CAR MIAMI |
| 42025 | ROSENTHAL | 11/25/2020 | 3,554.04 | W SOUTH BEACH MIAMI HOTEL |
| 42025 | ROSENTHAL | 11/26/2020 | 100.00 | FBPAY/ST. JUDE'S - DONATION |
| 42025 | ROSENTHAL | 11/28/2020 | 482.38 | AMAZON BOOKSTORE |
| 42025 | ROSENTHAL | 12/1/2020 | 1,001.00 | KATZ JEWISH COMMUNITY CENTER |
| 42025 | ROSENTHAL | 12/2/2020 | 210.00 | FIVERR.Com - MISC. SERVICES |
| 42025 | ROSENTHAL | 12/3/2020 | 15.94 | AUDIBLE - AUDIO BOOK |
| 42025 | ROSENTHAL | 12/3/2020 | 423.00 | UNION LEAGUE - SOCIAL CLUB |
| 42025 | ROSENTHAL | 12/4/2020 | 29.00 | BARRE3.Com - PORTLAND - EXERCISE CLASS |
| 42025 | ROSENTHAL | 12/7/2020 | 672.45 | EBAY - SAN JOSE DEPARTMENT STORE |
| 42025 | ROSENTHAL | 12/8/2020 | 3,145.00 | BRENNTAG NORTHEAST - CHEMICALS |
| 41001-41019 | Otterbein | 12/10/2020 | 7,069.92 | COVENTYA INC - CHEMICALS/ALLIED PRODUCTS |
| 42025 | ROSENTHAL | 12/12/2020 | 112.85 | PAYPAL/F1 STORE - ATHLETIC SHOES |
| 42025 | ROSENTHAL | 12/17/2020 | 3,142.95 | STICKEL PACKAGING 43 LAKEWOOD - PACKAGING MATERIALS |



**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 42025 | ROSENTHAL | 12/17/2020 | 5,000.00 | HOFSTEIN, WEINER & MEYER PHILADELPHIA - LEGAL SERVICES |
| 42025 | ROSENTHAL | 12/18/2020 | 287.82 | EBAY - SAN JOSE DEPARTMENT STORE |
| 41001-41019 | Otterbein | 12/19/2020 | 3,532.55 | BRENNTAG NORTHEAST - CHEMICALS |
| 42025 | ROSENTHAL | 12/20/2020 | 19.18 | PAYPAL/NETFIX SUBSCRIPTION |
| 42025 | ROSENTHAL | 12/20/2020 | 230.91 | SIRIUS XM RADIO SERVICE |
| 42025 | ROSENTHAL | 12/20/2020 | 270.00 | PAYPAL/FRLABS - HOME ELECTRONICS |
| 42025 | ROSENTHAL | 12/22/2020 | 21.87 | SIRIUS XM RADIO SERVICE |
| 42025 | ROSENTHAL | 12/22/2020 | 28.47 | SIRIUS XM RADIO SERVICE |
| 42025 | ROSENTHAL | 12/23/2020 | 95.85 | AMEPONIT MIAMI - LASER |
| 42025 | ROSENTHAL | 12/24/2020 | 262.50 | DONATION |
| 42025 | ROSENTHAL | 12/24/2020 | 99.85 | LAURISTORE DORAL -CLOTHIING |
| 42025 | ROSENTHAL | 1/28/2021 | 10,000.00 | LEGAL SERVICES |
| 42025 | ROSENTHAL | 1/28/2021 | 114.07 | IROBOT.COM BEDFORD - VACUUM |
| 42025 | ROSENTHAL | 1/28/2021 | 29.00 | BARRE3.COM PORTLAND - EXERCISE CLASS |
| 42025 | ROSENTHAL | 1/28/2021 | 325.16 | PAYPAL/APPLE.Com - MUSIC |
| 42025 | ROSENTHAL | 1/28/2021 | 434.98 | PAYPAL/APPLE.Com - MUSIC |
| 5-61177 | ROSENTHAL | 2/4/2021 | 540.80 | AA TO ORLANDO |
| 5-61177 | ROSENTHAL | 2/4/2021 | 540.80 | AA PHL TO ORLANDO |
| 5-61177 | ROSENTHAL | 2/8/2021 | 911.81 | AA PHL TO NEW ORLEANS |
| 5-61177 | ROSENTHAL | 2/8/2021 | 911.81 | AA PHL TO NEW ORLEANS |
| 5-61177 | ROSENTHAL | 3/2/2021 | 147.35 | HERZ RENTAL CAR |
| 42025 | ROSENTHAL | 12/5/2021 | 2,493.96 | ACCOMODATION |
| | | | 578,787.63 | |

**EXHIBIT A**